# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 2 5 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
APEXONLINEPHARMACY.COM IN THE CUSTODY OF )
FRANK JASON WILLETTS OF WILLETTS SYSTEMS, INC. )
AT 446 N. MECHANIC STREET )
CUMBERLAND, MARYLAND 21502 )

Case No. 14-1753 TJS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Application for a Search Warrant.

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the attached Affidavit.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§§§ 1956, 371, 1341 & 1343 | Money Laundering; Conspiracy; and, Mail and Wire Fraud. |
| 21 U.S.C. §§§§ 841(a)(1), 829(e), 846 & 331(a) | Illegal shipment and distribution of drugs; Conspiracy to operate an illegal internet pharmacy; and, the Introduction of misbranded drugs into interstate commerce and Conspiracy. |

The application is based on these facts:

See Attached Affidavit in Support of Search Warrant

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Darcele A. Jones, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/05/2014

City and state: ~~Greenbelt~~ Baltimore, MD

_____
Judge's signature

Timothy J. Sullivan, United States Magistrate Judge
*Printed name and title*

14-1753TJS

## ATTACHMENT A

### Location to be searched

**WILLETTS SYSTEMS, INC., AT 446 N. MECHANIC STREET, CUMBERLAND MARYLAND, (GARRETT COUNTY), 21502**

## ATTACHMENT B

## ITEMS TO BE SEIZED

Based on the facts articulated in the attached affidavit, your affiant has probable cause to believe the following records, documents, and materials are located at the premises described in the attached search warrant, and that these items may constitute evidence of the crimes described in the affidavit: all data associated with a now defunct website known as apexonlinepharmacy.com in the custody of Frank Jason Willetts, which is located on a development server in the back area network room of Willetts Systems, Inc., at 446 N. Mechanic Street, Cumberland, Maryland, (Garrett County), 21502.